# U.S. District Court
# United States District Court for the District of Alaska (Anchorage)
# CRIMINAL DOCKET FOR CASE #: 3:12-cr-00071-RRB-KFR-1

Case title: USA v. Boyer

Date Filed: 08/21/2012

Magistrate judge case number: 3:12-mj-00229-DMS

Date Terminated: 03/27/2013

---

Assigned to: Ralph R. Beistline
Referred to: Kyle F. Reardon

**Defendant (1)**

**Paul Donald Boyer, III**
16667-006
*TERMINATED: 03/27/2013*

represented by **Michael D. Dieni**
Federal Public Defender's Agency
188 W. Northern Lights Blvd.
Ste 700
Anchorage, AK 99503
907-646-3400
Fax: 907-646-3480
Email: Mike_Dieni@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF FIREARMS (1s) | Count 1s: 96 months imprisonment; 3 years Supervised Release; $100.00 Special Assessment. Counts 2s-6s: DISMISSED. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF FIREARMS (1) | |
| 18:922(g)(1) and 924(a)(2) FELON IN POSSESSION OF FIREARMS (2s-3s) | Count 1s: 96 months imprisonment; 3 years Supervised Release; $100.00 Special Assessment. Counts 2s-6s: DISMISSED. |
| 18:922(a)(6) & 924(a)(2) FALSE STATEMENT IN ACQUISITION OF FIREARM (4s-6s) | Count 1s: 96 months imprisonment; 3 years Supervised Release; $100.00 Special Assessment. Counts 2s-6s: DISMISSED. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

18:922(g)(1) FELON IN POSSESSION OF A FIREARM OR AMMUNITION

**Disposition**

**Plaintiff**

**USA**

represented by **Stephan A. Collins**
U.S. Attorney's Office (Anch)
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-5071
Fax: 907-271-1500
Email: Stephan.Collins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2012 | 1 | COMPLAINT as to Paul Donald Boyer (1). (Attachments: # 1 Affidavit) (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 07/27/2012) |
| 07/27/2012 | | Notice of Prisoner in State Custody with Federal Detainer re Paul Donald Boyer defendant as of 7/27/12. (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 07/30/2012) |
| 08/07/2012 | 2 | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Paul Donald Boyer. (Attachments: # 1 Proposed Order, # 2 Proposed Writ)(Sayers-Fay, Kimberly) [3:12-mj-00229-DMS] (Entered: 08/07/2012) |
| 08/07/2012 | 3 | DMS ORDER: finding as moot 2 Motion for Writ of Habeas Corpus ad prosequendum as to Paul Donald Boyer (1). Due to a change in the defendant's location the motion for writ is DENIED as MOOT. The USA shall file an updated motion, proposed order and proposed writ reflecting the defendant's current location. cc: USM, USPO. (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/07/2012) |
| 08/07/2012 | 4 | Amended MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Paul Donald Boyer. (Attachments: # 1 Proposed Order, # 2 Proposed Writ)(Sayers-Fay, Kimberly) [3:12-mj-00229-DMS] (Entered: 08/07/2012) |
| 08/07/2012 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Paul Donald Boyer (1). Signed by Judge Deborah M. Smith on 8/7/12. cc: USM, USPO. (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/07/2012) |
| 08/07/2012 | 6 | DMS ORDER: as to Paul Donald Boyer re 1 Complaint, Initial Appearance set for 8/8/2012 at 02:00 PM in Anchorage Courtroom 6 before John D. Roberts. cc: USM, USPO and FPD (CJA Clerk). (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/07/2012) |
| 08/07/2012 | | Writ of Habeas Corpus ad Prosequendum Issued as to Paul Donald Boyer for 8/8/12 (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/07/2012) |

| | | |
|---|---|---|
| 08/08/2012 | 7 | Minute Entry for proceedings held before Judge John D. Roberts: Initial Appearance on Complaint as to Paul Donald Boyer held on 8/8/2012. Status of Counsel Hearing set for 8/13/2012 01:00 PM in Anchorage Courtroom 6 before Scott A. Oravec. cc: USM, USPO, FPD(CJA Clerk). (BMM, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/08/2012) |
| 08/08/2012 | 8 | ORDER OF DETENTION as to Paul Donald Boyer. Signed by Judge John D. Roberts on 8/8/2012. cc: USM, USPO. (BMM, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/08/2012) |
| 08/10/2012 | 9 | Arrest Warrant Returned Executed on 8/9/12 in case as to Paul Donald Boyer. (CLW, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/10/2012) |
| 08/13/2012 | 10 | Minute Entry for proceedings held before Judge Scott A. Oravec: Status of Counsel Hearing as to Paul Donald Boyer held on 8/13/2012. Micheal Dieni appointed. Defendant's oral motion to address an ex parte matter GRANTED. Preliminary Examination set for 8/22/2012 10:00 AM in Anchorage Courtroom 5 before Deborah M. Smith. cc: USM, USPO, FPD. (BMM, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/14/2012) |
| 08/13/2012 | 12 | CJA 23 Financial Affidavit by Paul Donald Boyer. (BMM, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/14/2012) |
| 08/13/2012 | 11 | (Public Entry) Docket number 11 is an EX PARTE ENTRY for a Proceeding that was filed on 8/13/12. (PXS, COURT STAFF) [3:12-mj-00229-DMS] (Entered: 08/14/2012) |
| 08/21/2012 | 13 | INDICTMENT COVER SHEET(S) AND SIGNATURES as to Paul Donald Boyer (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet re Defendant Boyer) (CLW, COURT STAFF) (Entered: 08/21/2012) |
| 08/21/2012 | 14 | INDICTMENT as to Paul Donald Boyer. (CLW, COURT STAFF) (Entered: 08/21/2012) |
| 08/21/2012 | 15 | DMS ORDER: as to Paul Donald Boyer re 14 Indictment, In light of an indictment being returned in this matter, the Preliminary Hearing previously set for 8/22/10 at 10:00 AM is hereby VACATED and RESET as an Arraignment set for 8/22/2012 10:00 AM in Anchorage Courtroom 5 before Deborah M. Smith. cc: USM, USPO. (CLW, COURT STAFF) (Entered: 08/21/2012) |
| 08/22/2012 | 16 | Minute Entry for proceedings held before Judge Deborah M. Smith :Arraignment on Indictment as to Paul Donald Boyer (1) Count 1 held on 8/22/2012. Defendant pled not guilty to Counts 1 and 2 of the Indictment. Pretrial Motions due 09/12/2012. Final Pretrial Conference set 10/09/2012 at 9:30 a.m. before Judge Beistline in Anchorage Courtroom 2. Trial by Jury set 10/15/2012 at 8:30 a.m. before Judge Beistline in Anchorage Courtroom 2. cc: USM, USPO, FPD (CJA Clerk), JC. (BMM, COURT STAFF) Modified on 8/22/2012, to correct hrg judge (CLW, COURT STAFF). (Entered: 08/22/2012) |
| 08/22/2012 | 17 | ORDER OF PROGRESSION OF A CRIMINAL CASE as to Paul Donald Boyer: Motions due by 9/12/2012. Final Pretrial Conference set for 10/9/2012 09:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Jury Trial set for 10/15/2012 08:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Signed by Judge Deborah M. Smith on 8/22/2012. cc: USM, USPO, JC. (BMM, COURT STAFF) (Entered: 08/22/2012) |
| 08/28/2012 | 18 | NOTICE OF FILING DISCOVERY CONFERENCE CERTIFICATION by USA as to Paul Donald Boyer (Collins, Stephan) (Entered: 08/28/2012) |
| 09/11/2012 | 19 | UNOPPOSED MOTION *to Continue Trial* by Paul Donald Boyer. (Attachments: # 1 Proposed Order)(Dieni, Michael) (Entered: 09/11/2012) |
| 09/11/2012 | 20 | UNOPPOSED MOTION *to Continue Pretrial Motion Deadline* by Paul Donald Boyer. (Attachments: # 1 Proposed Order)(Dieni, Michael) (Entered: 09/11/2012) |

| | | |
|---|---|---|
| 09/12/2012 | 21 | **NOTICE OF HEARING**: A hearing on the Unopposed Motion to Continue Trial at Docket 19 will be held on Thursday, September 20, 2012, at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. (CC: Counsel, PO, USM) (Jan, Chambers Staff) (Entered: 09/12/2012) |
| 09/13/2012 | 22 | *** DISREGARD *** NOTICE OF HEARING as to Paul Donald Boyer: The Evidentiary Hearing and Sentencing in this matter will be held on Tuesday, December 4, 2012, at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Sentencing Memos are due by November 27, 2012. (CC: Counsel, PO, USM) (Jan, Chambers Staff) Modified on 9/13/2012 as I entered it in the wrong case. (Jan, Chambers Staff). (Entered: 09/13/2012) |
| 09/13/2012 | 23 | **NOTICE**: DISREGARD the Hearing Notice at Docket 22 - it was entered in the wrong case. (CC: USM, PO, CAL) (Jan, Chambers Staff) (Entered: 09/13/2012) |
| 09/20/2012 | 24 | Minute Entry for proceedings held before Judge Ralph R. Beistline:Motion Hearing as to Paul Donald Boyer held on 9/20/2012 re Unopposed Motion to Continue Trial 19 GRANTED. Court found excludable delay under 18 U.S.C. Section 3161(h)(7)(B)(iv) Continuance granted in order to give reasonable time to prepare. Final Pretrial Conference set for 10/9/2012 09:30 AM VACATED and reset for 12/13/2012 09:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Jury Trial set for 10/15/2012 08:30 AM VACATED and reset for 12/17/2012 08:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. cc: USM, USPO, JC (SCD, COURT STAFF) (Entered: 09/20/2012) |
| 09/21/2012 | 25 | DMS ORDER as to Paul Donald Boyer: After due consideration of defendant's Non-Opposed Motion to Continue Pretrial Motion Deadline 20 , the court GRANTS the motion. IT IS HEREBY ORDERED that the pretrial motion deadline is continued from September 12, 2012 to October 4, 2012. (ELH, CHAMBERS STAFF) (Entered: 09/21/2012) |
| 10/01/2012 | 26 | **NOTICE RESCHEDULING TRIAL BY JURY** as to Paul Donald Boyer: The Final Pretrial Conference in this matter is rescheduled and will be held on Thursday, December 13, 2012, at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. The Jury Trial is rescheduled to begin on Monday, December 17, 2012, at 8:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Briefs, proposed voir dire questions, and proposed jury instructions are due by December 10, 2012. (CC: Counsel, USM, PO, Jury) (Jan, Chambers Staff) (Entered: 10/01/2012) |
| 10/03/2012 | 27 | Second UNOPPOSED MOTION *to Continue Pretrial Motions Deadline* by Paul Donald Boyer. (Attachments: # 1 Proposed Order)(Dieni, Michael) (Entered: 10/03/2012) |
| 10/05/2012 | 28 | NOTICE OF HEARING as to Paul Donald Boyer: Status Conference set for 10/9/2012 at 11:00 AM in Anchorage Courtroom 5 before Deborah M. Smith. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 10/05/2012) |
| 10/09/2012 | 29 | Minute Entry for proceedings held before Judge Deborah M. Smith:Motion Hearing Re Unopposed Motion to Continue Pretrial Motions Deadlines 27 (Status Conference) as to Paul Donald Boyer held on 10/9/2012. Unopposed Motion to Continue Pretrial Motions Deadlines 27 GRANTED. Defendant's oral motion to conitnue pretrial motions deadlines to 10/19/2012 GRANTED. cc: USM, USPO (BMM, COURT STAFF) (Entered: 10/10/2012) |
| 10/17/2012 | 30 | MOTION to Compel *Production of Discovery, Filed on Shortened Time* by Paul Donald Boyer. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Dieni, Michael) (Entered: 10/17/2012) |
| 10/17/2012 | 31 | Third MOTION to Continue *Pretrial Motion Deadline, Filed on Shortened Time* by Paul Donald Boyer. (Attachments: # 1 Proposed Order)(Dieni, Michael) (Entered: 10/17/2012) |

| | | |
|---|---|---|
| 10/19/2012 | 32 | DMS ORDER as to Paul Donald Boyer: The Government's response re 30 MOTION to Compel *Production of Discovery, Filed on Shortened Time* is due by close of business, October 23, 2012. (ELH, CHAMBERS STAFF) (Entered: 10/19/2012) |
| 10/19/2012 | 33 | DMS ORDER granting 31 Third Motion to Continue Pretrial Motion Deadline as to Paul Donald Boyer; the pretrial motion deadline is continued to October 26, 2012 (ELH, CHAMBERS STAFF) (Entered: 10/19/2012) |
| 10/23/2012 | 34 | RESPONSE to Motion (Non-Opposition) by USA as to Paul Donald Boyer re 30 MOTION to Compel *Production of Discovery, Filed on Shortened Time* (Collins, Stephan) (Entered: 10/23/2012) |
| 10/24/2012 | 35 | NOTICE OF HEARING as to Paul Donald Boyer: A Status Conference is set for 10/25/2012 at 11:00 AM in Anchorage Courtroom 5 before Deborah M. Smith. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 10/24/2012) |
| 10/25/2012 | 36 | Minute Entry for proceedings held before Judge Deborah M. Smith:Motion Hearing (Status Conference) as to Paul Donald Boyer held on 10/25/2012. RE 30 MOTION to Compel Production of Discovery, Filed on Shortened Time filed by Paul Donald Boyer; DENIED as moot. Defendant's oral motion to extend Pretrial Motions Deadlines; GRANTED. Court ordered Pretrial Motions due 11/7/2012. Court ordered government responses due 11/13/2012. cc: USM, USPO (BMM, COURT STAFF) (Entered: 10/26/2012) |
| 11/07/2012 | 37 | (Public Entry) Docket number 37 is a SEALED ENTRY for a Document that was filed on 11/7/12. (NKD, COURT STAFF) (Entered: 11/27/2012) |
| 11/08/2012 | 38 | (Public Entry) Docket number 38 is a SEALED ENTRY for a Document that was filed on 11/8/12. (NKD, COURT STAFF) (Entered: 11/27/2012) |
| 11/08/2012 | 39 | (Public Entry) Docket number 39 is a SEALED ENTRY for a Document that was filed on 11/8/12. (NKD, COURT STAFF) (Entered: 11/27/2012) |
| 11/13/2012 | 40 | RESPONSE in Opposition by USA as to Paul Donald Boyer re 39 SEALED MOTION *to Suppress Evidence Seized from Boyer's Residence [Filed Under Seal]* (Collins, Stephan) (Entered: 11/13/2012) |
| 11/13/2012 | 41 | FIRST SUPERSEDING INDICTMENT COVER SHEET(S) AND SIGNATURES as to Paul Donald Boyer (1) count(s) 1s-3s, 4s-6s. (Attachments: # 1 Criminal Cover Sheet re Defendant Boyer) (RMC, COURT STAFF) (Entered: 11/13/2012) |
| 11/13/2012 | 42 | FIRST SUPERSEDING INDICTMENT as to Paul Donald Boyer. (RMC, COURT STAFF) (Entered: 11/13/2012) |
| 11/14/2012 | 43 | DMS ORDER: as to Paul Donald Boyer re 42 First Superseding Indictment, Arraignment set for 11/15/2012 at 01:30 PM in Anchorage Courtroom 5 before Deborah M. Smith. cc: USM, USPO. (CLW, COURT STAFF) (Entered: 11/14/2012) |
| 11/14/2012 | 44 | NOTICE *of Conventional Filing* by Paul Donald Boyer (Dieni, Michael) (Entered: 11/14/2012) |
| 11/14/2012 | | CD received on 11/14/2012 re 44 Notice (Other). CD is available conventionally for review at the Clerk's Office. (BJK, COURT STAFF) (Entered: 11/14/2012) |
| 11/15/2012 | 45 | Minute Entry for proceedings held before Judge Deborah M. Smith:Arraignment on First Superseding Indictment 42 as to Paul Donald Boyer (1) held on 11/15/2012. Defendant pled not guilty to counts 1s-3s and 4s-6s of the First Superseding Indictment 42 . Pretrial Motions due 12/10/12 as to additional counts. Defendant to file motion to continue trial by 11/26/2012. Court ordered new discovery to be produced by 11/21/12. Court ordered Mr. |

| | | |
|---|---|---|
| | | Dieni to file breifing re Franks Hearing by 11/21/2012. cc: USM, USPO (BMM, COURT STAFF) (Entered: 11/16/2012) |
| 11/16/2012 | 46 | NOTICE OF FILING DISCOVERY CONFERENCE CERTIFICATION by USA as to Paul Donald Boyer (Collins, Stephan) (Entered: 11/16/2012) |
| 11/21/2012 | 47 | (Public Entry) Docket number 47 is a SEALED ENTRY for a Document that was filed on 11/21/12. (NKD, COURT STAFF) Modified on 11/27/2012 to correct filed date (NKD, COURT STAFF). (Entered: 11/27/2012) |
| 11/26/2012 | 48 | UNOPPOSED MOTION to Continue *Trial Date (60 Days)* by Paul Donald Boyer. (Attachments: # 1 Proposed Order)(Dieni, Michael) Modified on 11/27/2012 to clarify text(PRR, COURT STAFF). (Entered: 11/26/2012) |
| 11/27/2012 | 50 | (Public Entry) Docket number 50 is a SEALED ENTRY for a Document that was filed on 11/27/12. (CLW, COURT STAFF) (Entered: 11/27/2012) |
| 11/27/2012 | 51 | (Public Entry) Docket number 51 is a SEALED ENTRY for a Document that was filed on 11/27/12. (CLW, COURT STAFF)= (Entered: 11/27/2012) |
| 11/27/2012 | 52 | **NOTICE OF HEARING** as to Paul Donald Boyer: A hearing on the Motion to Continue Trial at Docket 48 will be held on Thursday, November 29, 2012, at 10:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. (CC: Counsel, PO, USM) (Jan, Chambers Staff) (Entered: 11/27/2012) |
| 11/27/2012 | 49 | (Public Entry) Docket number 49 is a SEALED ENTRY for a Document that was filed on 11/27/12. (NKD, COURT STAFF) (Entered: 11/27/2012) |
| 11/29/2012 | 53 | MOTION to Continue *Hearing, Filed on Shortened Time* by Paul Donald Boyer. (Attachments: # 1 Proposed Order)(Dieni, Michael) (Entered: 11/29/2012) |
| 11/29/2012 | 54 | **JUDGE BEISTLINE TEXT ORDER**: The Motion to Continue Hearing at Docket 53 is GRANTED. The Hearing scheduled for November 29, 2012, at 10:00 AM is VACATED. Hearing notice to follow. (Jan, Chambers Staff) (Entered: 11/29/2012) |
| 11/30/2012 | 55 | **NOTICE RESCHEDULING HEARING** as to Paul Donald Boyer: The hearing on the Motion to Continue Trial at Docket 48 will be held on Tuesday, December 4, 2012, at 10:00 in Anchorage Courtroom 2 before Ralph R. Beistline. (CC: Counsel, PO, USM) (Jan, Chambers Staff) (Entered: 11/30/2012) |
| 12/04/2012 | 56 | Minute Entry for proceedings held before Judge Ralph R. Beistline: Hearing on Motion to Continue Trial 48 as to Paul Donald Boyer held on 12/4/2012. Motion to Continue Trial 48 GRANTED. Final Pretrial Conference set for 12/13/2012 was RESET to 3/4/2013 at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Jury Trial set for 12/17/2012 was RESET to the week of 3/11/2013 at 8:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Court found Excludable Delay under 18 U.S.C. § 3161(h)(7)(B)(iv) continuance granted in order to give reasonable time to prepare. cc: USM, USPO, JC. (DJE, COURT STAFF) (Entered: 12/04/2012) |
| 12/04/2012 | 57 | **NOTICE RESCHEDULING TRIAL BY JURY** as to Paul Donald Boyer: The Final Pretrial Conference in this matter is rescheduled and will be held on Monday, March 4, 2013, at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. The Jury Trial is rescheduled to begin on Monday, March 11, 2013, at 8:30 AM in Anchorage Courtroom 2, or as soon thereafter that week as possible, before Ralph R. Beistline. Briefs, proposed voir dire questions, and proposed jury instructions are due by March 4, 2013. (CC: Counsel, PO, USM) (Jan, Chambers Staff) (Entered: 12/04/2012) |
| 12/19/2012 | 58 | ORDER as to Paul Donald Boyer: **Evidentiary Hearing on Motion to Suppress 39 set for January 4, 2013 at 10:00 a.m.** Request for *Franks* Hearing denied without prejudice. |

| | | |
|---|---|---|
| | | Signed by Judge Deborah M. Smith on 12/19/2012. (ELH, CHAMBERS STAFF) CC: USM, USPO Modified on 12/19/2012 to create relationship to document #39 (PRR, COURT STAFF). (Entered: 12/19/2012) |
| 01/04/2013 | 59 | Minute Entry for proceedings held before Judge Deborah M. Smith:Status Conference (Evidentiary Hearing on Motion to Suppress 39 ) as to Paul Donald Boyer held on 1/4/2013. Evidentiary Hearing on Motion to Suppress 39 set for 1/23/2013 10:00 AM in Anchorage Courtroom 5 before Deborah M. Smith. cc: USM, USPO (SCD, COURT STAFF) (Entered: 01/04/2013) |
| 01/08/2013 | 60 | NOTICE OF INTENT TO CHANGE PLEA as to Paul Donald Boyer (Dieni, Michael) (Entered: 01/08/2013) |
| 01/08/2013 | 61 | **NOTICE OF HEARING** as to Paul Donald Boyer: Pursuant to the Notice of Intent to Change Plea at Docket 60 , a Change of Plea Hearing will be held in this matter on Thursday, January 10, 2013, at 10:15 AM in Anchorage Courtroom 2 before Ralph R. Beistline. (CC: Counsel, PO, USM) (Jan, Chambers Staff) (Entered: 01/08/2013) |
| 01/09/2013 | 62 | PLEA AGREEMENT as to Paul Donald Boyer (Collins, Stephan) (Entered: 01/09/2013) |
| 01/09/2013 | 63 | SEALED PLEA AGREEMENT ADDENDUM as to Paul Donald Boyer (Collins, Stephan) (Entered: 01/09/2013) |
| 01/10/2013 | 64 | Minute Entry for proceedings held before Judge Ralph R. Beistline: Proposed Change of Plea as to Paul Donald Boyer, III held on 1/10/2013. Plea entered by Paul Donald Boyer III (1) Guilty Count 1s of the Superseding Indictment. Imposition of Sentence set for 3/27/2013 at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Government's oral motion to amend the defendant's name to Paul Donald II; GRANTED. Final Pretrial Conference set for 3/4/2013 at 9:00 AM and Trial by Jury set for 3/11/2013 at 8:30 AM were VACATED.<br><br>Pursuant to Fed. R. Crim. P. 32(f) within 14 days after receiving the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report. An objecting party must provide a copy of its objections to the opposing party and to the probation officer.<br><br>NOTICE: No less than seven (7) days prior to the sentencing date, each party shall file a written sentencing memo pursuant to D.AK 32.1(d) and serve opposing counsel and the probation officer. cc: USM, USPO. (NXL, COURT STAFF) (Entered: 01/11/2013) |
| 01/11/2013 | 65 | DMS ORDER as to Paul Donald Boyer, III: In light of the Change of Plea entered in this matter, the Evidentiary Hearing on Motion to Suppress (Dkt 39) set for January 23, 2013 at 10:00 a.m. is VACATED. (ELH, CHAMBERS STAFF) CC: USM, USPO (Entered: 01/11/2013) |
| 01/11/2013 | 66 | **NOTICE OF HEARING** as to Paul Donald Boyer III: Sentencing in this matter is scheduled for Wednesday, March 27, 2013, at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Sentencing Memos are due by March 20, 2013. (CC: Counsel, PO, USM) (Jan, Chambers Staff) (Entered: 01/11/2013) |
| 02/21/2013 | 67 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Paul Donald Boyer, III on 2/20/13. (PXS, COURT STAFF) (Entered: 02/22/2013) |
| 03/07/2013 | 68 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Paul Donald Boyer, III. (Attachments: # 1 Presentence Report) (Jedrosko, Matt) (Entered: 03/07/2013) |

| | | |
|---|---|---|
| 03/12/2013 | 69 | UNOPPOSED MOTION *[on Shortened Time]* by USA as to Paul Donald Boyer, III. (Attachments: # 1 Proposed Order)(Collins, Stephan) (Entered: 03/12/2013) |
| 03/12/2013 | 70 | **JUDGE BEISTLINE TEXT ORDER**: The Unopposed Motion to Advance Sentencing at Docket 69 as to Paul Donald Boyer III is GRANTED. Hearing notice to follow. (Jan, Chambers Staff) (Entered: 03/12/2013) |
| 03/12/2013 | 71 | **NOTICE RESCHEDULING HEARING** as to Paul Donald Boyer, III: Pursuant to motion, the Sentencing in this matter is rescheduled and will be held on Wednesday, March 20, 2013, at 8:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Sentencing Memos are due by March 13, 2013. (Jan, Chambers Staff) (Entered: 03/12/2013) |
| 03/13/2013 | 72 | MOTION to Continue *Imposition of Sentence [Unopposed and on Shortened Time]* by USA as to Paul Donald Boyer, III. (Attachments: # 1 Proposed Order)(Collins, Stephan) (Entered: 03/13/2013) |
| 03/13/2013 | 73 | **JUDGE BEISTLINE TEXT ORDER**: The Motion to Continue Sentencing at Docket 72 is GRANTED. Hearing notice to follow. (Jan, Chambers Staff) (Entered: 03/13/2013) |
| 03/13/2013 | 74 | **SECOND NOTICE RESCHEDULING HEARING** as to Paul Donald Boyer, III: Sentencing in this matter is rescheduled and will be held on Thursday, March 21, 2013, at 8:30 AM in Anchorage Courtroom 2 before Ralph R. Beistline. Sentencing Memos are due by March 14, 2013. (Jan, Chambers Staff) (Entered: 03/13/2013) |
| 03/14/2013 | 75 | SENTENCING MEMORANDUM by Paul Donald Boyer, III (Dieni, Michael) (Entered: 03/14/2013) |
| 03/14/2013 | 76 | SEALED SENTENCING MEMORANDUM SUPPLEMENT as to Paul Donald Boyer, III (Dieni, Michael) (Entered: 03/14/2013) |
| 03/14/2013 | 77 | SENTENCING MEMORANDUM by USA as to Paul Donald Boyer, III (Collins, Stephan) (Entered: 03/14/2013) |
| 03/14/2013 | 78 | SEALED SENTENCING MEMORANDUM SUPPLEMENT as to Paul Donald Boyer, III (Collins, Stephan) (Entered: 03/14/2013) |
| 03/21/2013 | 79 | ** DISREGARD ENTRY ** Incomplete PDF removed and re-filed at Docket 80 . COURT ORDERED REVISED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Paul Donald Boyer, III. (Lundgren, Marci) Modified on 3/21/2013 (JPS, CHAMBERS STAFF). (Entered: 03/21/2013) |
| 03/21/2013 | 80 | COURT ORDERED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Paul Donald Boyer, III. (Lundgren, Marci) (Entered: 03/21/2013) |
| 03/21/2013 | 81 | **RRB TEXT ORDER** as to Paul Donald Boyer, III: The PDF attached at Docket 79 is incomplete. It will be removed and the Probation Officer will re-file. (Jan, Chambers Staff) (Entered: 03/21/2013) |
| 03/21/2013 | 82 | Minute Entry for proceedings held before Judge Ralph R. Beistline: Status Conference (Imposition of Sentence) as to Paul Donald Boyer, III held on 3/21/2013. Supplement to Presentence Report due 3/21/2013. Imposition of Sentence set for 3/26/2013 at 9:00 AM in Anchorage Courtroom 2 before Ralph R. Beistline. cc: USM, USPO. (DJE, COURT STAFF) (Entered: 03/22/2013) |
| 03/26/2013 | 83 | COURT ORDERED REVISED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Paul Donald Boyer, III. (Lundgren, Marci) (Entered: 03/26/2013) |
| 03/26/2013 | 84 | Minute Entry for proceedings held before Judge Ralph R. Beistline: Imposition of Sentence held on 3/26/2013 for Paul Donald Boyer, III (1). Count 1s: 96 months |

| | | |
|---|---|---|
| | | imprisonment; 3 years Supervised Release; $100.00 Special Assessment. Counts 2s-6s: DISMISSED. cc: USM, USPO. (DJE, COURT STAFF) (Entered: 03/27/2013) |
| 03/27/2013 | 85 | JUDGMENT as to Paul Donald Boyer, III (1). Count 1s: 96 months imprisonment; 3 years Supervised Release; $100.00 Special Assessment. Counts 2s-6s: DISMISSED. Signed by Judge Ralph R. Beistline on 3/26/2013. cc: USM, USPO, Finance. (DJE, COURT STAFF) (Entered: 03/27/2013) |
| 03/27/2013 | 86 | Sealed Statement of Reasons as to Paul Donald Boyer, III. cc: USM, USPO, Finance. (DJE, COURT STAFF) (Entered: 03/27/2013) |
| 11/04/2022 | 89 | Petition for Warrant of Arrest for Person Under Supervision on Supervised Release as to Paul Donald Boyer, III (Attachments: # 1 Proposed Order) (Schmidt, Benjamin) (Main Document 89 replaced on 10/13/2026, security removed and NEF regenerated.) (BJK, COURT STAFF). (Entered: 11/04/2022) |
| 11/04/2022 | 90 | CLERK'S NOTICE as to Paul Donald Boyer, III: In light of the retirement of Magistrate Judge Smith the pretrial referral of this matter is hereby reassigned to the Honorable Kyle F. Reardon. Please use the following case number on all future filings: 3:12-cr-00071-RRB-KFR. (JDS, COURT STAFF) (Entered: 11/04/2022) |
| 11/04/2022 | 91 | ORDER on Petition for Arrest Warrant for Person Under Supervision as to Paul Donald Boyer, III 89 . Clerk to issue Warrant of Arrest. Signed by Judge Ralph R. Beistline on 11/4/22. cc: USM, USPO. (LLR, CHAMBERS STAFF) (Main Document 91 replaced on 10/13/2026, security removed and nef regenerated.) (BJK, COURT STAFF). (Entered: 11/04/2022) |
| 02/01/2023 | 92 | CLERK'S NOTICE: Pursuant to Local Civil Rule 79.2(a)(2)(A), which went into effect on January 1, 2023, electronic media and other conventionally filed materials will be returned to the party to whom they belong; and pursuant to subsection(B) of that local rule, if items are not retrieved by the parties within 30 days after the Clerk has provided notice, the Clerk may destroy them. There are one or more items conventionally filed in this case available at the Clerk's Office for pick up. If the item is not retrieved within 30 days of the date of this notice, the Clerk may then destroy it. (HJR, COURT STAFF) **NOTE: on 3/20/2023 the conventionally filed CD at docket 44 were disposed**. Modified on 3/20/2023 (IAH, COURT STAFF). (Entered: 02/01/2023) |
| 02/04/2025 | 93 | **KFR TEXT ORDER** as to Paul Donald Boyer, III: The government is directed to file a status report within 7 days re whether this case should remain open and warrant remain outstanding. (BJK, COURT STAFF) (Entered: 02/04/2025) |
| 02/05/2025 | 94 | STATUS REPORT by USA as to Paul Donald Boyer, III (Collins, Stephan) (Entered: 02/05/2025) |
| 02/13/2025 | 95 | **KFR TEXT ORDER** as to Paul Donald Boyer, III: The Court has reviewed and ACCEPTS the status report filed at Docket 94 . In light of Defendant's abscond status, a further Status Reports is due by **2/6/2026,** or sooner should a significant event occur. (ELH, CHAMBERS STAFF) (Entered: 02/13/2025) |
| 03/13/2026 | 96 | **KFR TEXT ORDER** as to Paul Donald Boyer, III: On February 13, 2025, the Court ordered a status report be filed in this matter by February 6, 2026. As of this date, no report has been filed. A further status report shall be filed by **March 20, 2026.** (ELH, CHAMBERS STAFF) (Entered: 03/13/2026) |
| 03/16/2026 | 97 | STATUS REPORT by USA as to Paul Donald Boyer, III (Collins, Stephan) (Entered: 03/16/2026) |
| 04/02/2026 | 98 | **KFR TEXT ORDER** as to Paul Donald Boyer, III: The Court has reviewed and ACCEPTS the status report filed at Docket 97 . In light of Defendant's abscond status, a |

| | | |
|---|---|---|
| | | further Status Report is due by **2/6/2027,** or sooner should a significant event occur. (ELH, CHAMBERS STAFF) (Entered: 04/02/2026) |
| 10/10/2026 | | Notice of Arrest of Paul Donald Boyer, III in District of Oregon. Defendant arrested 10/10/26 and is on detainer. This is an SRV in our district but an outstanding warrant in Oregon. (BJK, COURT STAFF) (Entered: 10/13/2026) |